NUMBER 13-00-363-CV





COURT OF APPEALS





THIRTEENTH DISTRICT OF TEXAS





CORPUS CHRISTI

___________________________________________________________________




JOHN AND JUDITH WIDDER, Appellants, 



v.





JENNIFER MAINGOT, Appellee. 

___________________________________________________________________




On appeal from the 117th District Court

of
Nueces
 County, Texas.

___________________________________________________________________




O P I N I O N

Before Chief
Justice Seerden and Justices Dorsey and Rodriguez 

Opinion Per
Curiam 



Appellants, JOHN AND JUDITH WIDDER, perfected an appeal from a
judgment entered by the 117th District Court
 of Nueces County, Texas,
in cause number 99-5507-B. The clerk's record was received on June 12, 2000. Pursuant to Tex. Gov't
Code §51.207(b)(1) and § 51.941(a)(1), a
filing fee in the amount of $125.00 is due upon the filing of an appeal. To
date, appellant has failed to pay the filing fee. 

On October 30, 2000, appellants were
advised that all filing fees in this matter were due. Appellants were advised
that if the filing fees in the amount of $135.00 were not paid on or before December 14, 2000, this appeal would
be dismissed. To date, appellants have failed to respond to this Court's
notice. 

The Court, having considered the documents on file and appellant's failure
to comply with the rules, is of the opinion that the appeal should be
dismissed. The appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 21st day of December,
2000